# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Margaret Cumming

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 5665

Procter & Gamble Pharmaceuticals, Inc. and
Aventis Pharmaceuticals, Inc.

TO: (Name and address of defendant)

Procter & Gamble Pharmaceuticals, Inc.
One Proctor Gamble Plaza
Cincinnati, Ohio 45202-3393

Aventis Pharmaceuticals, Inc.
200 Crossing Boulevard
Bridgewater, NJ 08807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 2 4 2008

CLERK                                    DATE

*Catherine Lapsley* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** DATE: 6-26-08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

PROCTER & GAMBLE PHARMACEUTICALS, INC

Place where served: #1 P & G Plaza, Cincinnati, Ohio 45202-3393

corporate location

[X] Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NICOLE SCHUCK

Relationship to defendant: RECEPTIONIST (AUTHORIZED TO ACCEPT LEGAL DOCUMENTS)

Description of person accepting service:

SEX: F  AGE: 30+  HEIGHT: 5'5"  WEIGHT: 130#  SKIN: W  HAIR: BLACK  OTHER: BROWN EYES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___   SERVICES $ ____.___   TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6/26/20 08

Gary U. Neville (GARY U. NEVILLE) L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | DAIEL A OSBORN, ESQ |
| PLAINTIFF: | MARGERET CUMMING |
| DEFENDANT: | PROCTER & GAMBLE PHARMACEUTICALS, INC, ET AL |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 5665 |

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT AND JURY DEMAND** |
| EFFECTED (1) BY ME: | **NUNO VEIGA** |
| TITLE: | **PROCESS SERVER**     DATE: **07/08/2008 02:28PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

AVENTIS PHARMACEUTICALS, INC.

Place where served:

55 CORPERATE DR. BRIDGEWATER NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SANDI STUCKERT

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____        SERVICES $ ____.____        TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07 / 08 / 20 08            _____ L.S.
SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

07-08-08

J.S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | DANIEL A. OSBORN |
| PLAINTIFF: | MARGARET CUMMING |
| DEFENDANT: | PROCTER & GAMBLE PHARMACEUTICALS, INC., ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 5665 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.